FORM 1

**NOTICE OF APPEAL**

* * * * * * * * * * *

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV – 4 2022 ★

LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE
_Eastern_ DISTRICT OF _New York_

Theodore Ravenell

Nassan County police dept

**NOTICE OF APPEAL**

2:18-cv-06010 GRB-LGD
Docket No.

Notice is hereby given that _Theodore Ravenell_
(party)

herebyappeals to the United States Court of Appeals for the Second Circuit from the decision
(describe it) _had filed two prior case against Nassau county third case filed after cases against nassau county probation NOV 2019 and cases filed against nassau county correction filed after probation fili Denial of Due Process & Judicial Misconduct_
entered in this action on the _2_ day of _October_, _2022_.

_Theod Ravenell_
Signature

_Theodore Ravenell_
Printed Name

_331-A Quaker ave_
Address

_Philadelphia NY 13673_

_(516) 516- 497- 8085_
Telephone No. (with area code)

Date: _11/1/2022_